208

Isidro Alexander RUBIO,
Plaintiff–Appellant,

v.

MCI–H, 2010 STAFF, et al.; RCI 2012
Staff, et al.; Warden Wayne A. Webb;
Chief of Security Ronald B. Brezler;
Medical Supervisor Ali Salik; Jacke-
lin Shank, Case Management Supervi-
sor, Defendants–Appellees.

No. 13–8040.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Isidro Alexander Rubio, Appellant Pro
Se. Rex Schultz Gordon, OFFICE OF
THE ATTORNEY GENERAL OF MA-
RYLAND, Baltimore, Maryland; Patricia
H. Beall, MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C., Towson, Ma-
ryland, for Appellees.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Isidro Alexander Rubio appeals the dis-
trict court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Rubio v.*

*MCI–H,* No. 8:12–cv–03046–RWT, 2013
WL 6211742 (D.Md. Nov. 27, 2013). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*